(91 South. 441)

No. 24814.

**SWANN v. RABB et al.**

(March 27, 1922. Rehearing Denied April 18, 1922.)

Appeal from First Judicial District Court, Parish of Caddo; J. H. Stephens, Jr., Judge.

Action by Mrs. M. G. Swann against E. A. Rabb and others. From a judgment for defendants, plaintiff appeals. Affirmed.

Wilkinson, Lewis & Wilkinson, of Shreveport, for appellant.

Murff & Mabry, of Shreveport, for appellees.

By Division A, composed of Chief Justice PROVOSTY and Justices OVERTON and LECHE.

PROVOSTY, C. J. This suit is based on a state of facts exactly similar to that in the case of Duke v. Crawford, Jenkins & Booth (No. 24784; La.) 91 South. 440,[1] this day decided, and involves the same legal propositions. For the reasons there stated, judgment affirmed.

Rehearing refused by Division B, composed of Justices O'NIELL, LAND, and BAKER.

---

[1] Ante, p. 1023.